No. 93–1558.  SPRANGER v. RUNYON, POSTMASTER GENERAL. C. A. 9th Cir.  Certiorari denied.

No. 93–1574.  MCNARON v. BROWN, SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 93–1580.  KRUG v. AMBROSE, WILSON, GRIMM & DURAND ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–1590.  HARPER v. HARPER.  Ct. App. Ore.  Certiorari denied.

No. 93–1600.  EGB ASSOCIATES, INC., ET AL. v. TCBY SYSTEMS, INC., ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 93–1601.  BACHTEL ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 93–1605.  ALLIED VAN LINES, INC. v. OBERG ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 93–1611.  WHITMAN, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF WHITMAN, DECEASED, ET AL. v. DONOGHUE, INDIVIDUALLY AND IN HIS CAPACITY AS COMMISSIONER OF PUBLIC WORKS FOR THE COUNTY OF BROOME, NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 93–1616.  GUZMAN v. HUDSON, DIRECTOR, UNITED STATES MARSHALS SERVICE.  C. A. 7th Cir.  Certiorari denied.

No. 93–1641.  DOE, BY AND THROUGH HIS PARENTS AND NEXT FRIENDS, DOE ET AL. v. TULLAHOMA CITY SCHOOLS BOARD OF EDUCATION ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 93–1646.  FORESTWOOD FARMS, INC. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 11th Cir.  Certiorari denied.

No. 93–1648.  KAMIENSKI v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.